**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Hoang Kim Ly, | No. CV-26-01648-PHX-MTL (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner challenged his present immigration detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 3.) Counsel for Petitioner filed a notice indicating Petitioner is no longer in immigration detention.[*] (Doc. 9.) The Petition will therefore be denied as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **denied as moot**.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment and close this case.

Dated this 30th day of March, 2026.

Michael T. Liburdi
Michael T. Liburdi
United States District Judge

---

[*]Respondents also filed a Response to the Petition indicating they do not oppose Petitioner's release from custody. (Doc. 14.)